445 A.2d 715

**James R. QUINLAN, Petitioner,**

v.

**Andrew J. BROWN.**

Supreme Court of Pennsylvania.

Nov. 12, 1980.

ORDER

PER CURIAM:

Petition for allowance of appeal is granted. The order of the Superior Court, 277 Pa.Super. 528, 419 A.2d 1274, is reversed. *Hamil v. Bashline*, 481 Pa. 256, 392 A.2d 1280 (1978). The record is remanded to the Court of Common Pleas of Allegheny County for a new trial.